UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NERIS VICTOR BATRES,

Petitioner,

v.

WARDEN, CALIFORNIA CITY CORRECTIONAL CENTER,

Respondent.

No.  1:26-cv-02514-DAD-CSK (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING PETITION FOR WRIT OF HABEAS CORPUS, AND DENYING RESPONDENT'S MOTIONS TO DISMISS

(Doc. Nos. 5, 11)

Petitioner Neris Victor Batres is a federal immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 26, 2026, the assigned magistrate judge issued findings and recommendations recommending that petitioner's petition for writ of habeas corpus (Doc. No. 1) be granted and respondent's motion to dismiss (Doc. No. 5) be denied.  (Doc. No. 11.)  Specifically, the magistrate judge found that petitioner was not properly detained pursuant to 8 U.S.C. § 1225(b)(2)(A) and that release was the appropriate remedy.  (*Id.* at 4–13.)  The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within seven (7) days after service.  (*Id.* at 14.)  On June 30, 2026, respondent filed objections comprised of a single sentence stating that it objects for the same reasons stated

1

in its prior briefing.  (Doc. No. 12.)  These objections do not provide a basis upon which to reject the pending findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons above,

1.   The findings and recommendations issued on June 26, 2026 (Doc. No. 11) are ADOPTED IN FULL;

2.   Petitioner's petition for writ of habeas corpus (Doc. No. 1) is GRANTED as follows:

   a.   Respondents are ORDERED to immediately release petitioner Neris Victor Batres, A-File No. 246-060-063, from respondent's custody and to return any of petitioner's documents currently in respondent's possession;

   b.   Respondent are ENJOINED and RESTRAINED from re-detaining petitioner, absent exigent circumstances, unless it provides petitioner with notice and a pre-detention hearing before an immigration judge, at which hearing respondent will bear the burden of demonstrating petitioner poses a risk of flight or danger to the community by clear and convincing evidence;

3.   Respondent's motion to dismiss (Doc. No. 5) is DENIED;

4.   The Clerk of the Court is directed to serve a copy of this order on the California City Detention Center; and

5.   The Clerk of the Court is also directed to ENTER judgment in favor of petitioner and close this case.

IT IS SO ORDERED.

Dated:   **July 1, 2026**   _____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2